[S. F. No. 3922. In Bank.—August 29, 1904.]

### D. M. DELMAS et al., Petitioners, v. SUPERIOR COURT OF SAN DIEGO COUNTY et al., Respondents.

CERTIORARI—RIGHTS OF STRANGERS TO RECORD—REMEDY BY MOTION AND APPEAL—CASE AFFIRMED.—The writ of *certiorari* will not lie in favor of strangers to the record, and their application will be dismissed without prejudice to the remedy by motion and appeal. (The case of *J. M. Elliott et al.* v. *Superior Court et al., ante,* p. 501, affirmed.)

PETITION for a Writ of Certiorari to review orders of the Superior Court of San Diego County. E. S. Torrance, Judge.

The facts of the case are identical with those stated in the case of *J. M. Elliott et al.* v. *Superior Court etc. et al., ante,* p. 501.

J. S. Chapman, A. B. McCutchen, James A. Gibson, and Hunsaker & Britt, for Petitioners.

Garoutte & Goodwin, for E. S. Torrance, Judge of Superior Court, Respondent.

Shirley C. Ward, for Jefferson Chandler and J. Wade McDonald, Respondents.

Samuel M. Shortridge, Respondent, *in pro. per.*

THE COURT.—This is a petition for a writ of *certiorari,* and the case is in every material respect identical with the case of the *Application of J. M. Elliott et al.,* L. A. No. 1587, *ante,* p. 501, in which an opinion has just been filed. On the authority of that case the demurrers to the petition are sustained and the proceeding dismissed without prejudice to the remedy by motion and appeal.